## TOWN OF EAST HARTFORD ET AL. *v.* JAMES W. SHELMERDINE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 901 (AC 26912), is denied.

*James W. Shelmerdine, Jr.*, pro se, in support of the petition.

*Richard P. Gentile*, assistant corporation counsel, in opposition.

Decided December 6, 2006

## STATE OF CONNECTICUT *v.* RONALD M. SINGLETON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 97 Conn. App. 679 (AC 25551), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court incorrectly failed to instruct on the use of nondeadly physical force in self-defense?

"2. If the trial court improperly failed to instruct on the use of nondeadly physical force in self-defense, was such failure harmless beyond a reasonable doubt?"

The Supreme Court docket number is SC 17795.

*Toni M. Smith-Rosario*, assistant state's attorney, in support of the petition.

*Kent Drager*, senior assistant public defender, in opposition.

Decided December 15, 2006